KSC/03.11.25
USAO#2024R00228

USDC- BALTIMORE
'25 MAR 13 PM2:20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **UNDER SEAL** |
| | * | |
| v. | * | Criminal No. JRR-25-62 |
| | * | |
| **STEVENS KING,** | * | (Conspiracy to Distribute and |
| | * | Possess with Intent to Distribute |
| **Defendant.** | * | Controlled Substances, 21 U.S.C. |
| | * | § 846; Possession with Intent to |
| | * | Distribute Controlled Substances, 21 |
| | * | U.S.C. § 841(a); Aiding and |
| | * | Abetting, 18 U.S.C. § 2; Forfeiture, |
| | * | 21 U.S.C. § 853) |
| | * | |
| | * | |
| | * | |
| | ****** | |

## INDICTMENT

### COUNT ONE
**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland charges that:

From a date unknown to the Grand Jury but no later than March 2024 and continuing until on or about August 2024, in the District of Maryland, the defendant,

**STEVENS KING,**

did knowingly combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury to distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(A)

## COUNT TWO
## (Distribution of and Possession with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

On or about June 20, 2024, in the District of Maryland, the defendant,

**STEVENS KING,**

did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT THREE
### (Distribution of and Possession with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

On or about July 11, 2024, in the District of Maryland, the defendant,

**STEVENS KING,**

did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT FOUR
### (Distribution of and Possession with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

On or about August 8, 2024, in the District of Maryland, the defendant,

**STEVENS KING,**

did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT FIVE
### (Distribution of and Possession with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

On or about August 23, 2024, in the District of Maryland, the defendant,

**STEVENS KING,**

did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT SIX
### (Distribution of and Possession with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

On or about March 8, 2024, in the District of Maryland, the defendant,

**STEVENS KING,**

did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of phencyclidine (PCP), a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT SEVEN
### (Distribution of and Possession with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

On or about December 31, 2024, in the District of Maryland, the defendant,

**STEVENS KING,**

did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of phencyclidine (PCP), a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT EIGHT
### (Distribution of and Possession with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

On or about January 22, 2025, in the District of Maryland, the defendant,

**STEVENS KING,**

did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of phencyclidine (PCP), a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, in the event of the defendants' convictions under Counts One through Eight of this Indictment.

### Narcotics Forfeiture

2. Upon conviction of the offenses set forth in Counts One through Eight, the defendant,

**STEVENS KING,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses; and (2) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

### Substitute Assets

3. If any of the property described above, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above, pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

_Kelly O. Hayes_ /s/ SMBC
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

3/13/2025
Date